1  Yosef Peretz (SBN 209288)
    yperetz@peretzlaw.com
2  Ruth L. Israely (SBN 289586)
3  risraely@peretzlaw.com
    PERETZ & ASSOCIATES
4  22 Battery Street, Suite 200
    San Francisco, CA 94111
5  Telephone: 415.732.3777
    Facsimile: 415.732.3791
6

7  Attorneys for Plaintiff JANET LOBENDZE

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JANET LOBENDZE, | Case No. CV-13-3108-JSW |
| 12                    Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT IN ITS ENTIRETY PURSUANT TO FRCP 41** |
| 13  v. | |
| 14  SPHERION STAFFING LLC; SFN GROUP, INC.; RANDSTAD PROFESSIONALS US, LP; RANDSTAD US, L.P.; RANDSTAD HOLDING NV and DOES 1-20, | |
| 15 | |
| 16 | |
| 17                    Defendants. | |
| 18 | |
| 19 | |

20      WHEREAS the parties to this action, Plaintiff JANET LOBENDZE and Defendants

21  SPHERION STAFFING LLC, SFN GROUP, INC., RANDSTAD PROFESSIONALS US, LP,

22  RANDSTAD US, L.P. and RANDSTAD HOLDING NV (collectively, "Defendants"), have

23  fully and finally resolved all issues set forth in this case:

24      IT IS HEREBY STIPULATED by and between the parties to this action through their

25  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

26  as to Defendants pursuant to FRCP 41(a)(1);

27      IT IS FURTHER STIPULATED by and between the parties through their designated

28  counsel that each party shall bear their own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

Dated: February 10, 2014                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                By:   */s/ Stephanie T. Yang*
                                                       Stephanie T. Yang
Attorneys for Defendants
SPHERION STAFFING, LLC, SFN GROUP, INC., RANDSTAD PROFESSIONALS US, L.P., RANDSTAD US, L.P., and RANDSTAD HOLDING NV

Dated: February 10, 2014                    PERETZ & ASSOCIATES

                                                By:   */s/Yosef Peretz*
                                                       Yosef Peretz
                                                       Ruth L. Israely
Attorneys for Plaintiff JANET LOBENDZE

## **ORDER ON STIPULATION**

In consideration of the above stipulation and good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED THAT this action is hereby dismissed with prejudice in its entirety. The Clerk shall close the file.

DATED: February 25, 2014

_____
Honorable Jeffery S. White